FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

### No. 07-15-00185-CV

### In the Interest of C.C. and I.C., Children

(No. 85,000-D IN 320TH DISTRICT COURT OF POTTER COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $10.00 | EXEMPT | Eric Tek Tai |
| Motion fee | $10.00 | INDIGENT | James  Abbott |
| Indigent | $25.00 | INDIGENT | Erica Vasquez |
| Filing | $100.00 | INDIGENT | Erica Vasquez |
| Statewide efiling fee | $20.00 | INDIGENT | Erica Vasquez |
| Motion fee | $10.00 | INDIGENT | Erica Vasquez |
| Supreme Court chapter 51 fee | $50.00 | INDIGENT | Erica Vasquez |

### Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00

### *Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on December 18, 2015.

*Vivian Long*
**VIVIAN LONG, CLERK**